Nicole Jaycox, Appellant, v Emerson C. Reid, M.D., et al., Respondents.

Submitted August 16, 2004; decided November 23, 2004

Motion, insofar as it seeks leave to appeal from that portion of the March 2004 Appellate Division order that dismissed so much of the appeal to that Court as was from that part of Supreme Court's March 2003 order as denied appellant's motion for leave to reargue, dismissed upon the ground that such portion of the order does not finally determine the action within

the meaning of the Constitution; motion for leave to appeal otherwise granted.